UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ASSOCIATION OF AMERICAN MEDICAL COLLEGES; THE AMERICAN ASSOCIATION OF COLLEGES OF PHARMACY; THE ASSOCIATION FOR SCHOOLS AND PROGRAMS OF PUBLIC HEALTH; THE CONFERENCE OF BOSTON TEACHING HOSPITALS, INC.; and GREATER NEW YORK HOSPITAL ASSOCIATION,

                      Plaintiffs,

    v.

NATIONAL INSTITUTES OF HEALTH; MATTHEW MEMOLI, M.D., M.S., in his official capacity as Acting Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOROTHY FINK, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services,

                      Defendants.

---

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Plaintiffs Association of American Medical Colleges, the American Association of Colleges of Pharmacy, the Association for Schools and Programs of Public Health, the Conference of Boston Teaching Hospitals, Inc., and Greater New York Hospital Association in the above-captioned action.

Dated: February 10, 2025

        Respectfully submitted,

        **ROPES & GRAY LLP**

        */s/ John P. Bueker*
        John P. Bueker (BBO #636435)
        Ropes & Gray LLP
        Prudential Tower
        800 Boylston Street
        Boston, MA 02199
        (617) 951-7000
        John.Bueker@ropesgray.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document will be served on all registered parties through the court's CM/ECF system.

        */s/ John P. Bueker*
        John P. Bueker