UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES; THE AMERICAN ASSOCIATION OF COLLEGES OF PHARMACY; THE ASSOCIATION FOR SCHOOLS AND PROGRAMS OF PUBLIC HEALTH; THE CONFERENCE OF BOSTON TEACHING HOSPITALS, INC.; and GREATER NEW YORK HOSPITAL ASSOCIATION,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL INSTITUTES OF HEALTH; MATTHEW MEMOLI, M.D., M.S., in his official capacity as Acting Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOROTHY FINK, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　　　　　Defendants. | C.A. No. _____ |

## DECLARATION OF HEATHER H. PIERCE

I, Heather H. Pierce, declare as follows:

1. I am the Senior Director for Science Policy and Regulatory Counsel at the Association of American Medical Colleges ("AAMC"). I have held this position since October 2010. I make this declaration as a representative of AAMC based on my personal knowledge and experience. I serve as AAMC's leader for scientific regulatory issues including federal grant oversight, human subject protections, clinical research, conflicts of interest, research data sharing, and collaborations between industry, government, and academia in biomedical research. In my official capacity and based on my personal knowledge and

150265466_4

other sources of information which I have obtained and reviewed in that official capacity, I am familiar with, and if called upon to do so, would be competent to testify to the facts and circumstances set forth herein.

2. AAMC is a not-for-profit membership association dedicated to transforming health through medical education, health care, medical research, and community collaborations.

3. AAMC's members consist of medical schools, teaching hospitals and academic health systems, and academic and scientific societies. Among these members are institutions of higher education ("IHEs"). Member institutions include 159 accredited U.S. medical schools, over 490 teaching hospitals and health systems, and more than 70 academic societies. Through these member institutions, AAMC serves and leads 200,000 full-time faculty members, 158,000 resident physicians, 97,000 medical students, and 60,000 graduate students and postdoctoral researchers in the biomedical sciences. AAMC member institutions educate medical students and resident physicians and treat patients in all 50 states.

4. AAMC's member institutions receive grants from the NIH to fund peer-reviewed research deemed to have significant promise in advancing scientific knowledge and improving health. Member institutions conduct approximately 60% of all NIH-funded extramural research, pioneering critical life-saving advances in patient care. These grants include payments for Facilities and Administrative ("F&A") costs, which have been negotiated with the federal government based on the individual circumstances of the grantee and are routinely audited.

5. The "Supplemental Guidance to the 2024 NIH Grants Policy Statement: Indirect Cost Rates," Office of The Director, National Institutes of Health (February 7, 2025), would

significantly harm AAMC and the member institutions and communities AAMC serves who rely on the terms of their NIH grants, as stated above.

6. As soon as AAMC's IHE members begin drawing down funds pursuant to current grants affected by the Supplemental Guidance, they will lose money. Had they drawn down those funds on Friday, February 7th, 2025, they would have been reimbursed for F&A costs at their negotiated rate. Beginning February 10th, 2025, these IHE members will be reimbursed at only 15%. This difference in funding between the previously negotiated rate and the new 15% rate constitutes an irreparable harm, as they will be unable to receive this money back from the government.

7. The reduction of federal funds to support the research mission at academic institutions would cause irreparable harm, leaving institutions no choice but to scale back research activities. Without the funding to adequately support the facilities and infrastructure to conduct research and the personnel and offices that ensure the safety of human subjects and animals used in research, compliance with federal regulations, laboratory maintenance, and data storage and processing, institutions would be forced to stop some research activities. This could mean fewer clinical trials, less fundamental discovery research, and slower progress in delivering lifesaving advances to the patients and families that do not have time for delay.

8. Member institutions have communicated to the AAMC that they are intending to take immediate actions to respond to this sudden change in the funding that institutions expected and budgeted. These actions include implementing an immediate hiring freeze across all research programs.

150265466_4

9. This guidance will curb the research activities of hundreds of medical schools, teaching hospitals, and academic health systems, leading to devastating effects on the health of Americans.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of February, 2025 in Washington, D.C.

/s/ *Heather H. Pierce*

Heather H. Pierce
Senior Director
Association of American Medical Colleges

4

150265466_4