IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES; THE AMERICAN ASSOCIATION OF COLLEGES OF PHARMACY; THE ASSOCIATION OF SCHOOLS AND PROGRAMS OF PUBLIC HEALTH; THE CONFERENCE OF BOSTON TEACHING HOSPITALS, INC.; and GREATER NEW YORK HOSPITAL ASSOCIATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL INSTITUTES OF HEALTH; MATTHEW MEMOLI, M.D., M.S., in his official capacity as Acting Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　　Defendants. | Case No. 1:25-CV-10340-AK |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A
SINGLE, CONSOLIDATED REPLY BRIEF**

Plaintiffs in the above-captioned case ("*AAMC* Plaintiffs"), concurrently with plaintiffs in two related cases, *Commonwealth of Massachusetts, et al. v. NIH, et al.*, No. 1:25-cv-10338-AK, and *Association of American Universities, et al., v. HHS, et al.*, No. 1:25-CV-10346-AK, hereby respectfully move for leave to file a single thirty-page consolidated reply brief in support of their motions for temporary restraining orders, in lieu of three separate ten-page reply briefs. The plaintiffs in all three cases will move for leave to file one consolidated reply brief on their respective dockets.

These three cases present distinct, though overlapping, legal claims and factual issues. Given the government's consolidated opposition brief, and the nature of the arguments therein, Plaintiffs believe that one consolidated reply brief here would promote judicial economy and facilitate an efficient resolution of the pending Motions. *AAMC* Plaintiffs' request for consolidated briefing is limited to this particular filing, given the distinct character of each suit, and each set of plaintiffs reserves all rights to file separate briefs in their separate matters going forward.

Dated: February 17, 2025                                  Respectfully submitted,

**ROPES & GRAY LLP**

*/s/ John P. Bueker*
John P. Bueker (BBO #636435)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7951
John.bueker@ropesgray.com

Douglas Hallward-Driemeier (BBO #627643)
Stephanie A. Webster (admitted *pro hac vice*)
Ropes & Gray LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 508-4859
Douglas.hallward-driemeier@ropesgray.com
Stephanie.webster@ropesgray.com

*Counsel for AAMC Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)

I, Stephanie Webster, hereby certify that on February 17, 2025 at approximately 7:30pm, I, counsel for the *AAMC* Plaintiffs, along with counsel for plaintiffs in the related cases (1:25-cv-10338 and 1:25-cv-10346), conferred with Brian Lea and Thomas Ports, counsel for defendants, by teleconference in a good faith effort to resolve or narrow the issues presented by this motion. Before and during that conference, the parties were successful in narrowing the areas of dispute, but did not resolve all areas of dispute. Defendants agreed generally to plaintiffs' request for a consolidated reply brief in all three cases, but did not agree to plaintiffs' originally requested page length of 30 pages. During the conference, plaintiffs agreed to request 25 pages instead of the originally requested 30 pages, and defendants agreed to 20 pages, but the parties were otherwise unable to resolve this area of dispute.

Dated: February 17, 2025

*/s/ Stephanie A. Webster*
Stephanie A. Webster (admitted *pro hac vice*)
Ropes & Gray LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 508-4859
stephanie.webster@ropesgray.com

*Counsel for AAMC Plaintiffs*

## **CERTIFICATE OF SERVICE**

Counsel for Plaintiffs in the above captioned case certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court.  Counsel for Plaintiffs hereby certify that they have certified all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).


Dated: February 17, 2025                    */s/ John P. Bueker*
John P. Bueker (BBO #636435)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7951
John.bueker@ropesgray.com