UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10338-AK |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10340-AK |
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10346-AK |

**JOINT STATEMENT REGARDING FEBRUARY 21, 2025 HEARING**

Pursuant to the Court's February 13, 2025 order in *Commonwealth of Massachusetts, et al. v. NIH, et al.*, No. 1:25-cv-10338-AK (ECF No. 60), the parties in the above-captioned cases hereby submit this joint statement containing a proposed list of issues to be argued at the February 21, 2025 motion hearing, as well as proposed time limits and speakers for each issue.

Specifically, the parties propose the following:

| *Issue To Be Argued* | *Time* | *Speaker* |
|---|---|---|
| Applicability of the Tucker Act | 10 minutes per side | Plaintiffs: Adam Unikowsky, *Jenner & Block LLP* <br><br> Defendants: Brian Lea, *U.S. Department of Justice* |
| Merits: Constitutional and Statutory Claims, Regulatory Claims, and Arbitrary and Capricious Claims | 25 minutes per side | Plaintiffs: Katherine Dirks, *Massachusetts Attorney General's Office*; and Adam Unikowsky, *Jenner & Block LLP* <br><br> Defendants: Brian Lea, *U.S. Department of Justice* |
| Irreparable Harm | 5 minutes per side | Plaintiffs: John Bueker, *Ropes & Gray LLP* <br><br> Defendants: Brian Lea, *U.S. Department of Justice* |
| Scope of the Relief | 5 minutes per side | Plaintiffs: John Bueker, *Ropes & Gray LLP* <br><br> Defendants: Brian Lea, *U.S. Department of Justice* |

Dated: February 19, 2025

**ROPES & GRAY LLP**

By: */s/ John P. Bueker*
John P. Bueker (BBO #636435)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7951
John.bueker@ropesgray.com

Douglas H. Hallward-Driemeier
(BBO #627643)
Stephanie A. Webster (*pro hac vice*)
Ropes & Gray, LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 508-4859
Douglas.hallward-driemeier@ropesgray.com
Stephanie.webster@ropesgray.com

*Counsel for Plaintiffs in*
Case No. 1:25-cv-10340-AK

**JENNER & BLOCK LLP**

By: */s/ Ishan K. Bhabha*
Ishan K. Bhabha (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*)
Elizabeth Henthorne (*pro hac vice*)
Zachary C. Schauf (*pro hac vice*)
Adam G. Unikowsky (*pro hac vice*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com

Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Katherine Dirks*
Katherine Dirks (BBO #673674)
*Deputy Chief, Government Bureau*
Amanda Hainsworth (BBO #684417)
*Senior Legal Advisor to the AG*
Allyson Slater (BBO #704545)
*Deputy Chief, Reproductive Justice Unit*
Chris Pappavaselio (BBO #713519)
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.Dirks@mass.gov

*Counsel for Plaintiff Commonwealth of Massachusetts in*
Case No. 1:25-cv-10338-AK

**DANA NESSEL**
Attorney General of Michian

By: */s/ Linus Banghart-Linn*
Linus Banghart-Linn (*pro hac vice*)
Chief Legal Counsel
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov

*Attorneys for the People of the State of Michigan in*
Case No. 1:25-cv-10338-AK

**KWAME RAOUL**
Attorney General of Illinois

3

LHarrison@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
ZSchauf@jenner.com
AUnikowsky@jenner.com

Shoba Pillay (BBO #659739)
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Attorneys for All Plaintiffs in*
Case No. 1:25-cv-10346-AK

By: */s/ Alex Hemmer*
Alex Hemmer (*pro hac vice*)
Deputy Solicitor General
R. Sam Horan (*pro hac vice*)
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois in*
Case No. 1:25-cv-10338-AK

**CLEMENT & MURPHY, PLLC**

By: */s/ Paul D. Clement*
Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
James Y. Xi (*pro hac vice*)
Kyle R. Eiswald (*pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
kyle.eiswald@clementmurphy.com

*Attorneys for Plaintiffs Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education in*
Case No. 1:25-cv-10346-AK

**U.S. DEPARTMENT OF JUSTICE**

By: */s/ Brian C. Lea*
Brian C. Lea (Ga. Bar No. 213529)

4

*Deputy Associate Attorney General*
Marc S. Sacks (Ga. Bar No. 621931)
*Deputy Director*
Kevin P. VanLandingham
(NY Reg No. 4741799)
*Assistant Director*
Thomas Ports (Va. Bar No. 84321)
*Trial Attorney*
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044-0875
(202) 307-1134
kevin.p.vanlandingham@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court and that all parties have been served electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: February 19, 2025                /s/ *John P. Bueker*
                                        John P. Bueker (BBO #636435)
                                        Ropes & Gray LLP
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, MA 02199
                                        (617) 951-7951
                                        John.bueker@ropesgray.com