UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al*.,<br><br>　　　　Defendants. | Civil Action No. 25-CV-10340-AK |

## STATUS REPORT

On February 10, 2025, this Court entered an *ex parte* temporary restraining order (TRO, Doc No. 8) in the above captioned matter. The TRO provides (among other things):

- The Defendants and their officers, employees, servants, agents, appointees, and successors are hereby enjoined from taking any steps to implement, apply, or enforce the Supplemental Guidance to the 2024 NIH Grants Policy Statement: Indirect Cost Rates (NOTOD-25-068), issued by the Office of the Director of the National Institutes of Health on February 7, 2025 (the "Rate Change Notice"), in any form with respect to institutions nationwide until further order is issued by this Court.

- This Court further orders that counsel for the Defendants shall file a status report with the Court within 48 hours of the entry of this Order, and at biweekly intervals thereafter, confirming the regular disbursement and obligation of federal financial assistance funds and reporting all steps that Defendants and their officers, employees, servants, agents, appointees, and successors have taken to comply with the Court's TRO.

The Court extended the TRO on February 21, 2025. (Doc No. 96).

In accordance with the TRO, Defendants respectfully submit this status report, along with the attached Declaration of Dr. Liza Bundesen.

In the first status report required by the TRO, Defendants confirmed that they had not yet implemented, applied, or enforced the Rate Change Notice and that they would not do so pending further order from the Court. (Doc. No. 15-1). They confirmed that the regular disbursement and obligation of federal financial assistance funds would continue nationwide as required under the TRO. *Id.*

As indicated in Dr. Bundesen's declaration Defendants have not implemented, applied, or enforced the Rate Change Notice. Dr. Bundesen's declaration explains that, pending further order of the Court, Defendants will not implement the Rate Change Notice. She confirms that the regular disbursement and obligation of federal financial assistance funds will continue nationwide.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

BRIAN C. LEA
Deputy Associate Attorney General

Dated: February 26, 2025

/s/ Thomas Ports
BRIAN C. LEA (Ga. Bar No. 213529)
*Deputy Associate Attorney General*
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
THOMAS PORTS (Va. Bar No. 84321)
*Trial Attorney*
U.S. Department of Justice
Civil Division

2

Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: thomas.ports@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 26, 2025                                       */s/ Thomas Ports*
                                                                                            Thomas Ports