# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al*.,<br><br>Defendants. | Case No. 1:25-cv-10338 |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>Defendants. | Case No. 1:25-cv-10340 |
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>Defendants. | Case No. 1:25-cv-10346 |

1

## DEFENDANTS' ASSENTED-TO MOTION TO STAY ALL DEADLINES

Defendants in the above-captioned cases respectfully request, with the assent of the Plaintiffs, that the Court stay all deadlines pending a ruling on their Assented-to Motion to Convert and to Enter Final Judgment.

Good cause exists for this request. Plaintiffs filed suit on February 10, 2025 and promptly moved for temporary restraining orders. *Commonwealth of Massachusetts, et al. v. National Institutes of Health, et al.*, Case No. 1:25-cv-10338 (Doc. Nos. 1, 4); *Association of American Medical Colleges (AAMC), et al. v. National Institutes of Health, et al.*, Case No. 1:25-cv-10340 (Doc. Nos. 1, 5); and *Association of American Universities (AAU), et al. v. Department of Health and Human Services*, et al., Case No. 1:25-cv-10346 (Doc. Nos. 1, 2).

Counsel for defendants appeared in *Massachusetts v. NIH* on February 11, 2025 and appeared in both *AAMC v. NIH* and *AAU v. HHS* on February 12, 2025. *See Mass. v. NIH*, Doc No. 25; *AAMC v. NIH*, Doc No. 7: *Mass. v. NIH*, Doc No. 45; *AAMC v. NIH*, Doc No. 14. Under the local rules, the court may set a scheduling conference to occur within 60 days of defendants' appearance, LR16.1(a), and the parties must confer at least 21 days before that conference, LR 16.1(b). These deadlines would be obviated by the relief requested in the Defendants' Assented-to Motion to Convert and to Enter Final Judgment.

Similarly, the need for defendants to respond to plaintiffs' complaints would be obviated by the relief requested in the Defendants' Assented-to Motion to Convert and to Enter Final Judgment. Plaintiffs served the complaints on the U.S. Attorney for the District of Massachusetts on February 13, 2025. Accordingly, without a stay of all deadlines, defendants' responses are due April 14, 2025. *See* Fed. R. Civ. P. 12(a)(3).

No party will be prejudiced by the relief requested in this motion, and it will conserve the parties' and the Court's resources.

For the foregoing reasons, the Defendants respectfully ask the Court to grant this Assented-to Motion.

Dated: April 4, 2025

                              Respectfully submitted,

                              LEAH B. FOLEY
United States Attorney

BRIAN C. LEA
Deputy Associate Attorney General

 /s/ *Thomas W. Ports, Jr.*
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
THOMAS PORTS (Va. Bar No. 84321)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044-0875
Tel: (202) 307-1134
Email: thomas.ports@usdoj.gov
*Attorneys for Defendants*

Assented to:

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ *Katherine Dirks*
Katherine Dirks (BBO # 673674)
*Chief State Trial Counsel*
Amanda Hainsworth (BBO # 684417)
*Senior Legal Advisor to the AG*
Allyson Slater (BBO # 704545)
*Deputy Chief, Reproductive Justice Unit*
Chris Pappavaselio
*Assistant Attorney General*
1 Ashburton Pl.
Boston, MA 02108
(617) 963.2277
katherine.dirks@mass.gov
*Counsel for the Commonwealth of Massachusetts*

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ *Alex Hemmer*
Alex Hemmer (*pro hac vice*)
Deputy Solicitor General
R. Sam Horan (*pro hac vice*)
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
alex.hemmer@ilag.gov
*Counsel for the State of Illinois*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ *Linus Banghart-Linn*
Linus Banghart-Linn*
Chief Legal Counsel
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov
*Attorneys for the People of the State of Michigan*

*On behalf of the Plaintiffs in*
Case No. 1:25-cv-103338-AK

**JENNER & BLOCK LLP**

By: */s/ Lindsay C. Harrison*

Ishan K. Bhabha (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*)
Elizabeth Henthorne (*pro hac vice*)
Zachary C. Schauf (*pro hac vice*)
Adam G. Unikowsky (*pro hac vice*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
ZSchauf@jenner.com
AUnikowsky@jenner.com

Shoba Pillay, BBO No. 659739
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Attorneys for All Plaintiffs in*
Case No. 1:25-cv-10346-AK

**CLEMENT & MURPHY, PLLC**

By: */s/ Paul D. Clement*

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
James Y. Xi (*pro hac vice*)
Kyle R. Eiswald (*pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
kyle.eiswald@clementmurphy.com

*Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education in*
Case No. 1:25-cv-10346-AK

5

**ROPES & GRAY LLP**

*/s/ John P. Bueker*
John P. Bueker (BBO #636435)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7951
John.bueker@ropesgray.com

Douglas H. Hallward-Driemeier
(BBO #627643)
Stephanie A. Webster (*pro hac vice*)
Ropes & Gray, LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 508-4859
Douglas.hallward-driemeier@ropesgray.com
Stephanie.webster@ropesgray.com

*Counsel for Plaintiffs in*
Case No. 1:25-cv-10340-AK

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated:  April 4, 2025 | */s/ Thomas W. Ports, Jr.* <br> Thomas W. Ports, Jr. |